UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

JOSE LUIS SANTAMARIA BLANCO,

                              Plaintiff,

            - against -

LONIA RESTAURANT CORP. d/b/a
MARBELLA RESTAURANT, and SERVANDO
CID

                              Defendants.

--------------------------------------------------------------------x

            AMON, Chief United States District Judge

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT

DEC 20 2013

BROOKLYN O...

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
13-CV-03514 (CBA) (VVP)

            For the reasons set forth on the record, this Court finds that it does not have supplemental jurisdiction over Defendant's counterclaim and grants Plaintiff's motion to dismiss Defendant's counterclaim for lack of subject matter jurisdiction.  Defendant's request for leave to amend the counterclaim is denied.

Dated: Brooklyn, New York
       December 20, 2013

                                          s/Carol Bagley Amon

                                          Carol Bagley Amon
                                          Chief United States District Judge