FILED
IN CLERK'S OF
U.S. DISTRICT COU
DEC 20 2013
BROOKLYN O

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JOSE LUIS SANTAMARIA BLANCO,

                Plaintiff,

- against -

LONIA RESTAURANT CORP. d/b/a
MARBELLA RESTAURANT, and SERVANDO
CID

                Defendants.

-----------------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
13-CV-03514 (CBA) (VVP)

AMON, Chief United States District Judge

For the reasons set forth on the record, this Court finds that it does not have supplemental jurisdiction over Defendant's counterclaim and grants Plaintiff's motion to dismiss Defendant's counterclaim for lack of subject matter jurisdiction. Defendant's request for leave to amend the counterclaim is denied.

Dated: Brooklyn, New York
       December 20, 2013

                                          s/Carol Bagley Amon
                                          Carol Bagley Amon
                                          Chief United States District Judge